Núm. 7829.—Serrallés, apldo. *v.* Sancho Bonet, Tes., aplte.—
C. D. Ponce.
Junio 5, 1939.

Por los fundamentos consignados en la opinión emitida en el caso
núm. 7830, *Dionisia Legarreta Ruiz* v. *Tesorero de Puerto Rico,* re-

suelto en junio 2, 1939 (ante, pág. 22), se revoca la resolución apelada que dictó en este caso la Corte de Distrito de Ponce el día 26 de julio de 1938 y se dicta otra decretando el traslado del presente caso para ante la Corte de Distrito de San Juan.

El Juez Presidente Sr. Del Toro no intervino.